**Opinion issued July 8, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00533-CV

———————————

## IN RE DENNIS GREGORY DODSON II, Relator

———————————

## Original Proceeding on Petition for Writ of Mandamus

———————————

### MEMORANDUM OPINION

By petition for writ of mandamus, relator Dennis Gregory Dodson II challenges the refusal of the District Clerk of Grimes County to accept a filing.[1]

---

[1] The underlying case referenced in the relator's petition is *In the Matter of the Marriage of Dennis Gregory Dodson II and Lucinda Mary Dodson and In the Interest of Dennis Gregory Dodson III, Jacob Andrew Dodson and Destiny Marie Dodson, Children*, in the 278th District Court of Grimes County, Texas, the Honorable Kenneth H. Keeling, presiding.

We **deny** relator's petition for writ of mandamus. All outstanding motions are **dismissed as moot**.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.